| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| MAX RICHERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: |
| | ) |
| UNITED STATES STEEL CORPORATION | ) |
| and RYAN McGHAN, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is: MAX RICHERSON
   Initiating  X      Responding _____    Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of Party MAX RICHERSON
   Address of Party  *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   c/o ALLEN LAW GROUP, LLC, 1109 Glendale Blvd., Valparaiso, IN 46383

   Telephone # of Party (219) 465-6292

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

| Name: | Otto J. Shragal | Atty Number: 25792-64 |
|---|---|---|
| Address: | ALLEN LAW GROUP, LLC | Phone: 219-465-6292 |
| | 1109 Glendale Boulevard | FAX: 219-477-5181 |
| | Valparaiso, Indiana 46383 | Email Address: Efilingservice@allen.law |

Name: <u>Kenneth J. Allen</u>   Atty Number: <u>3857-45</u>
Address: <u>ALLEN LAW GROUP, LLC</u>   Phone: <u>219-465-6292</u>
<u>1109 Glendale Boulevard</u>   Fax: <u>219-477-5181</u>
<u>Valparaiso, Indiana  46383</u>   Email Address: <u>Efilingservice@allen.law</u>

   **IMPORTANT**: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

   Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a <u>Civil Tort (CT)</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No <u>X</u> *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

   _____   Attorney's address
   _____   The Attorney General Confidentiality program address
              (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
   _____   Another address (provide)

   _____

   This case involves a petition for involuntary commitment. Yes ____ No <u>X</u>

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
   b. State of Residence of person subject to petition: _____
   c. At least one of the following pieces of identifying information:
      (i) Date of Birth _____
      (ii) Driver's License Number __
         State where issued _____ Expiration date _____
      (iii) State ID number _____
         State where issued _____ Expiration date _____
      (iv) FBI number _____
      (v) Indiana Department of Corrections Number _____
      (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:
   _____

9. There are other party members: Yes ____ No_X_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes_X_ No___


                                    /s/ Otto J. Shragal_____
                                      Attorney-at-Law
                                      (Attorney information shown above)

| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

| MAX RICHERSON, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: |
| | ) |
| UNITED STATES STEEL CORPORATION | ) |
| and RYAN McGHAN, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, MAX RICHERSON (hereinafter "Max"), by counsel, **ALLEN LAW GROUP, LLC**, for his Complaint against Defendants, UNITED STATES STEEL CORPORATION (hereinafter "U.S. Steel"), and RYAN McGHAN (hereinafter "McGhan") alleges and states as follows:

## COUNT I

1. At all times relevant herein, Max was and is a citizen of Indiana residing in Porter County, Indiana.

2. At all times relevant herein, the chattels, equipment, work, acts and omissions upon which this action is based were located in Lake County, Indiana.

3. Defendant, UNITED STATES STEEL CORPORATION, at all times relevant herein, was the owner and operator of a facility known as United States Steel Corporation

Gary Works (hereinafter "Gary Works") located at 1 North Broadway, Gary, IN 46402, Lake County, which includes mill operations, manufacture of steel, operation of equipment and machinery such as the overhead crane and associated equipment being repaired or worked on at the time, as well as the sale, manufacture, distribution, design, refurbishment, modification, maintenance, repair, upkeep, inspection, training, instruction and/or operation and inspection of the premises, its equipment and its employees' work and operations, at or near Gary Works and U.S Steel's premises, on and before October 7, 2021.

4. Defendant, RYAN McGHAN, an Indiana resident, was the safety coordinator at Gary Works responsible for oversight of all safety representatives and workers at the facility, and directed, was involved in, and was responsible for safety, inspections, upkeep, maintenance, operations and other safety-related tasks for the safety of U.S. Steel's own employees as well as outside contractors, including Max.

5. On or about October 7, 2021, Max was employed by Songer, working construction and/or maintenance at or near the Gary Works #4 cast house, on the premises under the control of Defendants and within their facility, and is in the class of persons both Defendants should have reasonably foreseen as being subject to harm by Defendants' negligent, reckless or willful and wanton actions and/or omissions relating to Defendants' construction and repair practices, safety and rule enforcement, oversight of work and employees, safe areas for construction and operations to work (safe work

2

zones), operation of equipment (including the overhead crane), upkeep and maintenance-related activities undertaken at the facility, including but not limited to the work associated with the upkeep and maintenance of the mill equipment near and in the immediate vicinity of where the Plaintiff and his crew were directed and allowed to work, and where Max was ultimately struck from behind by a crane being operated by U.S. Steel employees.

6. Defendants owed Max and others a duty to use reasonable care and refrain from negligent, willful and wanton conduct in their construction-related activities, operation of the equipment at the premises, including the crane in question, safe work zones, proper lookout and supervision of U.S. Steel's operators and workers on and around October 7, 2021 at Gary Works.

7. U.S. Steel breached the foregoing duties and was otherwise negligent, willful and wanton and/or grossly negligent.

8. McGhan breached the foregoing duties and was otherwise negligent, willful and wanton and/or grossly negligent.

9. As a direct result of Defendants' negligent, willful and wanton and/or grossly negligent actions and/or omissions, on or about October 7, 2021, Max was performing his work-related activities when the equipment being operated by U.S. Steel employees violently struck Max from behind, causing him to fall to the ground and become severely and permanently injured.

3

10.    As a direct and proximate result of Defendants' negligent, willful and wanton and/or gross negligent conduct as aforesaid, Max suffered permanent and severe personal injuries; incurred and will continue to incur medical expenses; suffered and will continue to experience physical pain, mental suffering, disability, disfigurement, terror, fright, humiliation, and loss of enjoyment of life; incurred lost time and lost earnings from his employment; and sustained an impairment of his ability to earn wages in the future.

WHEREFORE, Plaintiff, MAX RICHERSON, demands judgment in his favor and against Defendants, UNITED STATES STEEL CORPORATION and RYAN McGHAN, for compensatory and punitive damages, in an amount to be determined in this action, for the costs of this action, and for any and all other relief that the Court may deem proper under the circumstances.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiff

/s/Otto J. Shragal
_____
Kenneth J. Allen (3857-45)
Otto J. Shragal (25792-64)

## JURY DEMAND

Plaintiff demands trial by jury on all Counts of his Complaint.

/s/Otto J. Shragal

_____

Kenneth J. Allen (3857-45)
Otto J. Shragal (25792-64)



*Reply to Office Indicated*

☑ ALLEN LAW BUILDING:
1109 Glendale Boulevard
Valparaiso, IN 46383
219.465.6292

☐ JOLIET OFFICE:
1000 Essington Road
Joliet, IL 60435
815.725.6292

☐ MERRILLVILLE OFFICE:
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ ORLAND PARK OFFICE:
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ INDIANAPOLIS OFFICE:
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ CHICAGO OFFICE:
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

INJURY ATTORNEYS
www.kenallenlaw.com

USDC IN/ND case 2:22-cv-00039-JTM-JPK document 1-1 filed 02/22/22 page 9 of 20

Filed: 1/20/2022 2:50 PM
Clerk
Lake County, Indiana

45D04-2201-CT-000057
Lake Superior Court, Civil Division 4

STATE OF INDIANA | SS: | IN THE _____ COURT OF LAKE COUNTY
COUNTY OF LAKE |  | CIVIL DIVISION, ROOM

Cause No.: _____

MAX RICHERSON,
        Plaintiff,
v.

UNITED STATES STEEL CORPORATION
and RYAN McGHAN,
        Defendants.

# S U M M O N S

THE STATE OF INDIANA TO THE DEFENDANT:   RYAN MCGHAN
UNITED STATES STEEL CORPORATION
ONE NORTH BROADWAY
GARY, IN 46402

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff of other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: CERTIFIED MAIL/RETURN RECEIPT REQUESTED

| Attorney for Plaintiff: | Date: 1/20/2022 |
|---|---|
| Otto Shragal, Esq. | _Lorenzo Arredondo_ |
| Ind. Atty. No. 25792-64 | LORENZO ARREDONDO |
| 1109 Glendale Boulevard | CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURT |
| Valparaiso, Indiana 46383 | MG |
| Tel. No.: (219) 465-6292 | By: _____ Deputy Clerk |

[SEAL: LAKE COUNTY COURTS INDIANA]

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for each Defendant. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. **(Form: CS 1/97)**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By:

Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the day of _____, 2022.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By:

Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____, 2022, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____, 2022, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process threat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date, _____, 2022. The within named _____ was not found in my bailiwick this date,_____, 2022.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

By:

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date,_____, 2022.

_____
Signature of Defendant

| STATE OF INDIANA | ) | IN THE _____ COURT OF LAKE COUNTY |
|---|---|---|
| | ) SS: | Lake Superior Court, Civil Division 4 |
| COUNTY OF LAKE | ) | CIVIL DIVISION, ROOM _____ |

MAX RICHERSON,
      Plaintiff,

v.                      Cause No.: _____

UNITED STATES STEEL CORPORATION,
and RYAN McGHAN,
      Defendants.

# SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT: UNITED STATES STEEL CORPORATION
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
251 E. OHIO STREET, SUITE 500
INDIANAPOLIS, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff of other process server.

    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

    The following manner of service is hereby designated: CERTIFIED MAIL/RETURN RECEIPT REQUESTED

| | |
|---|---|
| Attorney for Plaintiff: | Date: 1/20/2022 *Lorenzo Arredondo* |
| Otto Shragal, Esq. | |
| Ind. Atty. No. 25792-64 | LORENZO ARREDONDO |
| 1109 Glendale Boulevard | CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS |
| Valparaiso, Indiana 46383 | MG |
| Tel. No.: (219) 465-6292 | By: _____ |
| | Deputy Clerk |

[SEAL: LAKE COUNTY COURTS INDIANA]

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for each Defendant. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall
be returnable to the Clerk at the address of the Court. **(Form: CS 1/97)**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO<br>
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By: _____
Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the day of _____, 2022.

LORENZO ARREDONDO<br>
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By: _____
Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____, 2022, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____, 2022, for each of the within named person(s) _____a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process threat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date, _____, 2022. The within named _____ was not found in my bailiwick this date,_____, 2022.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA<br><br>
By: _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date,_____, 2022.

_____<br>
Signature of Defendant

| | | |
|---|---|---|
| STATE OF INDIANA | SS: | IN THE SUPERIOR COURT OF LAKE COUNTY |
| COUNTY OF LAKE | | CIVIL DIVISION, ROOM 4 |

Cause No.: 45D04-2201-CT-000057

MAX RICHERSON,
      Plaintiff,
v.

UNITED STATES STEEL CORPORATION
and RYAN McGHAN,
      Defendants.

# ALIAS S U M M O N S

THE STATE OF INDIANA TO THE DEFENDANT:

RYAN MCGHAN, HEAD OF SAFETY, UNITED STATES STEELCORP.
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
135 NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff of other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: CERTIFIED MAIL/RETURN RECEIPT REQUESTED

Attorney for Plaintiff:
Otto Shragal, Esq.
Ind. Atty. No. 25792-64
1109 Glendale Boulevard
Valparaiso, Indiana 46383
Tel. No.: (219) 465-6292

Date: 2/3/2022
/s/ Lorenzo Arredondo
LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS
By: MG
      Deputy Clerk

[SEAL — LAKE COUNTY COURTS, INDIANA]

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If served by certified mail a properly addressed envelope shall be provided for each Defendant. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall
be returnable to the Clerk at the address of the Court. **(Form: CS 1/97)**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

                                      LORENZO ARREDONDO
                                      CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By:
                                      Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the day of _____, 2022.

                                      LORENZO ARREDONDO
                                      CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2022. By:
                                      Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____, 2022, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____, 2022, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process threat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date, _____, 2022. The within named _____ was not found in my bailiwick this date,_____, 2022.

ALL DONE IN LAKE COUNTY, INDIANA.

                                      SHERIFF OF LAKE COUNTY, INDIANA

                                      By:

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date,_____, 2022.

                                      _____
                                      Signature of Defendant

| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| | ) SS: | ROOM NO. FOUR, SITTING AT |
| COUNTY OF LAKE | ) | GARY, INDIANA |

MAX RICHERSON,            )
   Plaintiff                     )
                                      )
vs.                                   )  CAUSE NO: 45D04-2201-CT-000057
                                      )
UNITED STATES STEEL CORPORATION)
AND RYAN McGHAN,       )
   Defendants               )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating_____   Responding__X__   Intervening_____; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:   **Defendants, United States Steel Corporation and Ryan McGhan**

   Address of party *(see Question #5 below if this case involves a protection from abuse Order, a workplace violation restraining order, or a no-contact order)*

   _____
   Telephone # of party: _____
   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)
   Name:            Kevin E. Steele             Atty. Number: 17567-53
   Address:        156 S. Washington Street
                       Valparaiso, IN 46383
   Phone:          (219) 531-0134
   FAX:             (219) 769-6806
   Email Address: steele@bcclegal.com

   Name:            Alfredo Estrada              Atty. Number: 32580-45
   Address:        9191 Broadway
                       Merrillville, IN 46410
   Phone:          (219) 769-1313
   FAX:             (219) 769-6806
   Email Address: estrada@bcclegal.com

1

    **IMPORTANT:** Each attorney specified on this appearance:
(a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b)   **acknowledges that all orders, opinions, and notices form the court in this Matter that are served under Trial Rule 86(G) will be sent to the attorneys At the email address(es) specified by the attorney on the Roll of Attorneys Regardless of the contact information listed above for the attorney;** and Understand that he/she is solely responsible for keeping his/her Roll of Attorneys Contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.   This is a _____ case type as defined in Administrative Rule 8(B)(3).

4.   This case involves child support issues. Yes____ No_X_ *(If yes, supply social security Numbers for all family members on a separately attached document filed as confidential Information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.   This case involves a protection from abuse order, a workplace violence restraining order, Or a no-contact order. Yes____ No_X_ *(If Yes, the initiating party must provide an Address for the purpose of legal service but that address should not be one that exposes The whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:
   _____ Attorney's address
   _____ The Attorney General Confidentiality program address
     (contact the Attorney General at 1-800-321-1907 or e-mail address is confidential@atg.in.gov).
   _____ Another address (provide)
   _____

This case involves a petition for involuntary commitment. Yes_____ No_X__

6.   If Yes above, provide the following regarding the individual subject to the petition for Involuntary commitment:
   a.   Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
   b.   State of Residence of person subject to petition: _____
   c.   At least one of the following pieces of identifying information:
     (i)   Date of Birth_____
     (ii)   Driver's License Number_____
      State where issued_____ Expiration date_____
     (iii)   State ID number_____
      State where issued_____ Expiration date_____

2

   (iv) FBI number_____

   (v) Indiana Department of Correction Number_____
   (vi) Social Security Number is available and is being provided in an attached Confidential document.  Yes_____  No_____

7. There are related cases: Yes_____  No__X____ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

  _____

9. There are other party members: Yes____  No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes__X____  No_____

             /s/ Kevin E. Steele
             Kevin E. Steele

             /s/Alfredo Estrada
             (Attorney information shown above.)

### Certificate of Service

I hereby certify that on February 15, 2022, I electronically filed the foregoing document using the Indiana E-filing System (IEFS). I also certify that on February 15, 2022, the foregoing document was served upon the following person(s) via IEFS:

Kenneth J. Allen
Allen Law Group, LLC
Efilingservice@allen.law

Otto J. Shragal
Allen Law Group
Efilingservice@allen.law

             /s/ Kevin E. Steele
             Kevin E. Steele

| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| | ) SS: | ROOM NO. FOUR, SITTING AT |
| COUNTY OF LAKE | ) | GARY, INDIANA |

| MAX RICHERSON, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO: 45D04-2201-CT-000057 |
| | ) | |
| UNITED STATES STEEL CORPORATION | ) | |
| AND RYAN McGHAN, | ) | |
| Defendants | ) | |

## MOTION FOR EXTENSION OF TIME

Defendants, United States Steel Corporation and Rya McGhan, by and through their Counsel, Kevin E. Steele and Alfredo Estrada of Burke Costanza & Carberry LLP, move the Court for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, for the reason that the undersigned has just been retained to represent said defendants, and needs an extension of time in which to obtain the file and confer with the clients to answer or otherwise respond to said Complaint.

**WHEREFORE**, defendants, United States Steel Corporation and Ryan McGhan, respectfully request that they be granted an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, so that their answer or response will be due no later than March 17, 2022, and for all other just and proper relief in the premises.

1

Respectfully submitted,

**BURKE COSTANZA & CARBERRY LLP**
Attorneys for Defendants, United States Steel
Corporation and Ryan McGhan

By: /s/Kevin E. Steele
        Kevin E. Steele, #17567-53
        Alfredo Estrada
        156 S. Washington Street
        Valparaiso, IN  46383
        (219) 531-0134
        steele@bcclegal.com

**Certificate of Service**

I hereby certify that on February 15, 2022, I electronically filed the foregoing document using the Indiana E-filing System (IEFS). I also certify that on February 15, 2022, the foregoing document was served upon the following person(s) via IEFS:

Kenneth J. Allen
Allen Law Group, LLC
Efilingservice@allen.law

Otto J. Shragal
Allen Law Group
Efilingservice@allen.law


        /s/  Kevin E. Steele
        Kevin E. Steele

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | ROOM NO. FOUR, SITTING AT |
| COUNTY OF LAKE | ) | GARY, INDIANA |

MAX RICHERSON, )
    Plaintiff )
)
vs. )    CAUSE NO: 45D04-2201-CT-000057
)
UNITED STATES STEEL CORPORATION )
AND RYAN McGHAN, )
    Defendants )

**FILED IN OPEN COURT**
February 15, 2022

**JUDGE, LAKE SUPERIOR COURT, CIVIL DIVISION, ROOM 4**
KK

## ORDER GRANTING EXTENSION OF TIME

This matter having come before the Court on defendants, United States Steel Corporation and Ryan McGhan's Motion for Extension of Time in which to answer Plaintiff's Complaint, and the Court having considered said motion, now GRANTS same. Said defendants shall have until March 17, 2022, in which to file their answer or otherwise respond to Plaintiff's Complaint.

**ALL OF WHICH IS ORDERED, AJUDGED AND DECREED** this _2/15/2022_ .

ENTER:

_____
Judge, Lake Superior Court

**Distribution:**
Kenneth J. Allen/Otto J. Shragal
Kevin E. Steele/Alfredo Estrada